[THE STATE EX REL.] SINCLAIR, APPELLANT, v. INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Sinclair v. Indus.
Comm.* (1998), 84 Ohio St.3d 224.]

(No. 97–647—Submitted October 27, 1998—Decided December 30, 1998.)

*Law Offices of James R. Nein, Matthew R. Copp* and *James R. Nein,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Michael A. Vanderhorst,* Assistant Attorney General, for appellee Industrial Commission.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.